UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOYCE BOTTI

    Plaintiff,

    v.                                  CASE NO.: 3:15-cv-01709-JAM

NORTHAND GROUP, INC.

    Defendant.
_____/

**PARTIES JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

Dated: March 2, 2017

| **For Plaintiff Joyce Botti** | **For Defendant Northand Group, Inc.** |
|---|---|
| /s/Yaakov Saks<br>Yaakov Saks<br>RC Law Group, PLLC<br>285 Hackensack, NJ 07601<br>ysaks@rclawgroup.com | /s/ Aaron R. Easley<br>Aaron R. Easley, Esq.<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>3 Cross Creek Drive<br>Flemington, New Jersey 08822-4938<br>aeasley@sessions.legal |

1